# United States Bankruptcy Court
## Eastern District of Missouri

In re **RaSheeda White** Debtor(s)

Case No. **25-44633**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 26, 2025**, a copy of **Chapter 13 Plan** was served electronically and by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Collector of Revenue**
**41 S. Central**
**Saint Louis, MO 63105**

**CPS**
**P.O. Box 98734**
**Phoenix, AZ 85038-0734**

**Credit One**
**P.O. Box 605**
**Metairie, LA 70004-0605**

**First Premier Bank**
**P.O. Box 5524**
**Sioux Falls, SD 57117**

**Insta Credit Auto**
**910 N. Bluff Road**
**Collinsville, IL 62234**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**Missouri Department of Revenue**
**PO Box 475**
**Jefferson City, MO 65105**

**Ultimate Realty**
**C/O Kathryn Davis**
**1420 Strassner Drive**
**Saint Louis, MO 63144**

**United States Attorney**
**111 South 10th Street**
**20th Floor**
**Saint Louis, MO 63102**

**Wayfair**
**PO Box 182789**
**Columbus, OH 43218**

**Wayfair**
**PO Box 182789**
**Columbus, OH 43218**

**Wayfair**
**PO Box 182789**
**Columbus, OH 43218**


**/s/ Robert Faerber**
**Robert Faerber**
**Robert Faerber**
**230 S. Bemistion**
**Suite 600**
**Saint Louis, MO 63105**
**(314)727-3434Fax:(314)727-6992**

**faerber@msn.com**